[No. 4466-1. Division One. July 5, 1977.]

*In the Matter of the Marriage of* SEANENE L. HANSON, *Respondent, and* LAWRENCE E. HANSON, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 34027, Harry A. Follman, J., entered April 10, 1974. *Reversed* by unpublished per curiam opinion.

[No. 4021-1. Division One. July 5, 1977.]

DAN C. KOHLMAN, *Respondent,* v. KING COUNTY FIRE PROTECTION DISTRICT No. 41, *Defendant,* NEAL TOLBERT, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 776510, Frank H. Roberts, Jr., J., entered July 14, 1975. *Affirmed in part* and *reversed in part* by unpublished opinion per Farris, C.J., concurred in by Swanson and Williams, JJ.

[No. 2449-2. Division Two. July 5, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT LEE REED, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 45118, Hardyn B. Soule, J., entered June 17, 1976. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.